# EXHIBIT C

US006959350B1

(12) **United States Patent**
    Luke et al.

(10) **Patent No.:**    **US 6,959,350 B1**
(45) **Date of Patent:**    *Oct. 25, 2005

(54) **CONFIGURABLE USB INTERFACE WITH VIRTUAL REGISTER ARCHITECTURE**

(75) Inventors: **David Luke**, Boise, ID (US); **Dave Gilbert**, Boise, ID (US)

(73) Assignee: **Cypress Semiconductor Corp.**, San Jose, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 410 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/186,465**

(22) Filed: **Jun. 28, 2002**

(51) **Int. Cl.**[7] ............................................. **G06F 13/00**
(52) **U.S. Cl.** ..................... **710/104**; 710/305; 710/107; 710/110
(58) **Field of Search** ............................. 710/8–11, 104, 710/305, 107, 110

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,122,676 A | * | 9/2000 | Brief et al. ..................... | 710/9 |
| 6,742,055 B2 | * | 5/2004 | Matsunaga ................... | 710/10 |
| 6,745,264 B1 | * | 6/2004 | Luke et al. ................... | 710/52 |
| 6,782,503 B1 | * | 8/2004 | Dawson ...................... | 714/739 |
| 6,795,872 B2 | * | 9/2004 | Page et al. ..................... | 710/8 |
| 2002/0188701 A1 | * | 12/2002 | Brown et al. .............. | 709/220 |

* cited by examiner

*Primary Examiner*—Tim Vo
*Assistant Examiner*—Trisha Vu
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57)    **ABSTRACT**

An interface controller includes configuration circuitry generated based on a configuration package associated with endpoint configuration parameters. The configuration circuitry is used for configuring logic circuitry in the interface controller for different endpoint configurations.

**28 Claims, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



USB INTERFACE CONTROLLER 72

100

USB INTERFACE CONTROLLER RESET COMBINATIONAL LOGIC SETS UP DEFAULT PIPE

102

USB INTERFACE CONTROLLER ENABLED

104

ESTABLISH USB TRAFFIC FOR DEFAULT PIPE -USB INTERFACE CONTROLLER SUPPLIES DESCRIPTOR INFORMATION

112

ALTERNATIVE EMBODIMENT:  RECEIVE EXTERNAL CONFIGURATION SIGNAL, SEND DESCRIPTOR DATA ONLY FOR SUBSET OF CONFIGURATION ENDPOINTS IDENTIFIED BY EXTERNAL CONFIGURATION SIGNAL

106

SET-CONFIGURATION RECEIVED BY USB CONTROLLER

108

USE SET-CONFIGURATION ENDPOINT NUMBER AS INPUT TO COMBINATIONAL LOGIC

110

USB CONTROLLER COMPLETES CONTROL TRANSFER, NOW SET UP WITH PROPER RESOURCES FOR THE CONFIGURATION OR INTERFACE ALTERNATE SETTING REQUESTED BY HOST

FIG. 7



FIG. 8

US 6,959,350 B1

1

## CONFIGURABLE USB INTERFACE WITH VIRTUAL REGISTER ARCHITECTURE

### BACKGROUND

A Universal Serial Bus (USB) device refers to a scanner, printer, facsimile (Fax), Compact Disk (CD) drive, or any other peripheral device, that communicates with a host over a USB interface. In one configuration, the host is some sort of computer system that communicates to the USB device through a USB interface controller. The USB interface controller contains a collection of configuration values, interfaces (potentially with alternate interface settings), and endpoint parameters that may change for different USB devices. In one embodiment, these configuration values for a particular USB device are hard coded into the USB interface controller.

Because the endpoint configurations are hard coded, the USB device cannot reconfigure the USB interface controller (using software or other means) for different endpoint configurations. This means that different versions of the USB interface controller have to be fabricated for different endpoint configurations in the USB devices. This requires writing and maintaining different Hardware Description Language (HDL) code for each different version of the USB interface controller.

One method used for configuring the USB device uses a script. The script asks a designer a series of questions and then outputs a piece of HDL code that is incorporated into base HDL code. This approach is clumsy, error-prone, and produces HDL code that is difficult to debug and maintain.

The present invention addresses this and other problems associated with the prior art.

### SUMMARY OF THE INVENTION

An interface controller includes configuration circuitry generated from a configuration package associated with endpoint configuration parameters. The configuration circuitry is used for configuring logic circuitry in the interface controller for different endpoint configurations.

The foregoing and other objects, features and advantages of the invention will become more readily apparent from the following detailed description of a preferred embodiment of the invention which proceeds with reference to the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an USB interface controller.

FIG. 2 is a diagram of configuration registers generated from a configuration package shown in FIG. 1.

FIG. 3 is a block diagram of a configuration circuit using the configuration registers shown in FIG. 2.

2

FIG. 4 a flow diagram showing how the configuration circuit in FIG. 3 is setup.

FIG. 5 is a block diagram of a configuration circuit that uses combinational logic.

FIG. 6 is a block diagram of an USB interface controller that uses the configuration circuit shown in FIG. 5.

FIG. 7 is a flow diagram showing how the configuration circuit in FIG. 5 is setup.

FIG. 8 is a diagram showing how a subset of the parameters in the configuration circuit shown in FIG. 5 are selected.

### DETAILED DESCRIPTION

FIG. 1 shows a USB interface controller 12 that includes a USB device core 24 that communicates with a host 14 over a USB interface 18. The USB device core 24 is known to those skilled in the art, and is therefore not described in further detail. The interface controller 12 includes different registers 20 for storing configuration parameters and other data. First-In First-Out (FIFO) circuitry 28 is used for buffering data while being transferred between the host 14 and a USB device 25. One or more Direct Memory Access (DMA) interface controllers 12 control data transfers between one or more USB endpoints 25 and the interface controller 12. There may be one or more data sources or sinks in the same USB device 25. For example, the USB device 25 may be a combination facsimile (FAX), copier, and printer where each function comprises one or more different data sources or sinks. In other situations, the device 25 may have only one associated data source or sink. These data sources or sinks in the USB device typically have a one-to-one relationship with USB endpoints.

A configuration package 13 contains values used to describe the multiple endpoints defined for a particular USB device. The configuration package 13 configures the different functional elements 24, 26, 28 and 30 in the USB interface controller 12 for N different physical endpoints (channels). The configuration package 13 is represented as one block in FIG. 1, but may be one or multiple different files. Instead of prefabricating a particular endpoint configuration in silicon, the configuration package 13 is used at Hardware Description Language (HDL) compile time to generate multiple configuration registers that are each writeable and readable and allow the USB interface controller 12 to be configured on-the-fly for multiple different USB endpoint configurations.

One example below shows how endpoints are defined in the configuration package 13. Configuration parameters in the configuration package can be as simple as the number of physical endpoints to be supported; other information may also be included. The information may be encoded in the configuration package 13 as follows:

| constant NUM_EP | :integer := 30; | --total number of physical endpoints |
|---|---|---|
| constant NUM_ISOC_EP | :integer := 10; | --number of endpoints with isoch support |
| constant NUM_ADDR | :integer := 28; | --number of bits needed for FIFO size |

US 6,959,350 B1

**3**

HDL code uses the values from the configuration package **13** to generate the logic necessary to identify the endpoints to the other logic blocks in the interface controller **12**, as well as keep track of the current status of each defined endpoint.

In one implementation, the registers are produced using Very Large Scale Integration Hardware Description Language (VHDL) generate statements (or some equivalent mechanism) to create an array of configuration registers **20** shown in FIG. **2**. This array of registers can be initialized during reset to a desired default state by an attached processor. The register array can also be initialized by a clocked process using hard-coded values from combinatorial logic, by a clocked process using values stored in ROM, or by some other means.

The portion of generalized VHDL code below shows one example of how the configuration registers (in particular, the output stages) are may be generated from the configuration package **13**.

```
generate_outputs: process(PCLK)
begin
  if (PCLK'event and PCLK='1') then
    for i in NumEP downto 1 loop
      ENDPT_TYPE(i)<=endptConfig_sig(i)(5 downto
        4);
      ENDPT_NUM(i)<=endptConfig_sig(i)(3 downto
        0);
      ENDPT_DIR(i)<=endptConfig_sig(i)(6);
      ENDPT_VALID(i)<=endptConfig_sig(i)(7);
      PKT_COUNT(i)<=endptCntl_sig(i)(3 downto 0);
      PKT_FRAME(i)<=endptConfig_sig(i)(30 downto
        29);
      FS_MAX(i)<=endptConfig_sig(i)(17 downto 8);
      HS_MAX(i)<=endptConfig_sig(i)(28 downto 18);
      STALL(i)<=endptCntl_sig(i)(4);
      START_ADDR(i)<=start_sig(i);
    end loop;
  end if;
end process;
```

FIG. **2** shows the configuration registers **20** generated from the HDL code described above. An output bus **15** contains values from the configuration registers **20** indexed by physical endpoint ("channel") number. In this example, N (which corresponds to NUM_EP in the example code fragment above) different configuration registers **20** are generated when the generalized HDL code and configuration package **13** are compiled using an HDL compiler. Each of the configuration registers **20** may include any of the following fields: logical endpoint number, type, direction, valid, reset, interface and maximum packet size. Of course, the configuration package **13** can be set up to generate any different number or different type of fields needed for the device logic circuitry.

The configuration registers **20** are produced for each supportable endpoint in the USB interface controller **12**. These sets of registers **20** allow a processor **16** in the USB device **25** (FIG. **1**) to dynamically configure the endpoints for any particular application. In one embodiment, the configuration registers **20** contain fields for all parameters needed to describe the characteristics of the endpoint. In other embodiments, some endpoint parameters may exist in the configuration registers, while other parameters may be supplied directly by hard-coded combinational logic.

The fields in the configuration registers **20** are associated with particular USB endpoint parameters. However, the registers **20** can be generated for endpoints or parameters, other than those associated with the USB protocol. The

**4**

fields, the number of bits in each field, and the parameter values could be changed for that particular protocol. For example, the fields in configuration register **20** could be associated with devices using a Peripheral Component Interconnect (PCI) or Advanced Technology Attachment (ATA) bus protocol, to name a few.

FIG. **3** shows a configuration circuit **19** that includes a comparator **32**, multiplexers **36**, and the configuration registers **20**. The configuration circuit **19** provides on-the-fly configuration for the USB interface controller **12**. An endpoint number **25** is contained in a USB packet sent by the host computer **14** to the USB interface controller **12** over USB interface **18**. The USB device core **24** sends the USB endpoint number **25** to the comparator **32**. The comparator **32** tries to match the endpoint number **25** with one of the endpoint numbers **40** contained in the configuration registers **20**. If there is a match, selection circuitry **79** comprising the comparator **32** and multiplexers **36** select the configuration parameters on the configuration bus **15** corresponding with the matching endpoint number. The selected configuration parameters **17** are then used by the different functional blocks **24, 26, 28** and **30** in the USB interface controller **12**.

The configuration registers **20** and selection logic **79**, which is comprised of a comparator and multiplexors, are automatically generated at hardware design compile time based on the configuration package **13**. This means the only decision that must be made by the system designer is the maximum number of physical endpoints to instantiate. All other configuration decisions are left to other intelligence in the system.

A port **42** provides a way that the processor **16** in the USB device **25** can read and write the configuration registers **20**. Rather than handling USB Set_Configuration and Set_Interface requests internally, the USB interface controller **12** provides external notification of such a request and holds off completion of the request until allowed to proceed by the external processor **16**. This allows the external processor **16** a chance to modify the contents of the configuration registers **20** based on system conditions.

FIG. **4** explains how the USB interface controller **12** operates in conjunction with the configuration registers **20** shown in FIGS. **2** and **3**. In blocks **50** and **51**, the USB interface controller **12** and the USB device **25** (FIG. **1**) are both reset. In one embodiment, the configuration registers **20** are initialized to a fully cleared state and the USB controller **12** is disabled.

At block **52**, the processor **16** in USB device **25** boots up and then sets up the configuration registers **20** in the USB controller **12** to establish a default pipe with the host **14**. At block **53**, the USB controller **12** is enabled and at block **54** USB traffic commences over the default pipe between the host and the USB controller **12**. The device processor **16** at block **55** supplies descriptors to the host **14** identifying the type of USB device.

At block **56**, after the host **14** and the device processor **16** have exchanged information, the host **14** sends a USB Set_Configuration or Set_Interface request. The descriptors sent by the device processor **16** may have identified multiple different endpoint configurations to the host **14**. For example, one endpoint configuration may be for a printer, another endpoint configuration may be for a scanner, and a third endpoint configuration may be for a device that operates as both a printer and a scanner. The Set_Configuration request sent by the host in block **56** identifies which of the identified configurations the host **14** wants to enable.

Until this point, only the default pipe has been set up. At block **57**, the USB interface controller **12** stops and sets an

US 6,959,350 B1

5
6

interrupt telling the device processor **16** that it needs to respond to the Set_Configuration request from the host **14**. The USB interface controller **12** holds off completing control transfer associated with the Set_Configuration request until the interrupt is cleared by the device processor **16**.

At block **58**, the device processor **16** determines what configuration is requested by the host **14**. The device processor **16** then writes the configuration values for the configuration identified in the Set_Configuration request into the configuration registers **20**. For example, for a printer device, there may be a bulk-in pipe at a first endpoint number, a bulk-out pipe at a second endpoint number and an interrupt pipe at a third endpoint number, all of which are valid for the same interface number.

The device processor **16** writes the configuration values for each endpoint into a separate one of the configuration registers **20**. The device processor **16** may do the same thing for a scanner interface that is also associated with the same USB device. There could then be several configuration registers loaded with configuration values by the device processor **16**. One or two configuration registers may be loaded for the initial default pipe, and another three or so configuration registers loaded for the printer and scanner interfaces.

The device processor **16** clears the interrupt in block **59**. The USB interface controller at block **60** completes the control transfer with the host **14** by completing the status stage of the transfer. The USB interface controller **12** is now set up for the proper configuration requested by the host.

The configuration package **13** (FIG. 1) allows flexibility for the system designer. Any physical endpoint may be associated with any allowable logical endpoint number. Any physical endpoint may be of any type allowed by USB, and have any characteristics allowed by the USB specification or any other protocol. Further, the USB interface configuration may be changed on-the-fly to any other configuration allowed by the USB specification.

The configuration registers **20** allow software to control the endpoint information. Software can control things like endpoint toggles and HALT status when necessary on relatively infrequent occasions, without the overhead of being required to control them for ordinary traffic. It allows software control over USB configuration at run time, within the constraints specified by the configuration package **13**. This gives firmware flexibility over the USB configuration, so a design can even provide hardware support for a specification that hasn't been written at the time the hardware is designed. That is, the hardware could include "best guess plus a little" hardware configuration, and leave the details up to the software.

Combinational Logic Configuration Circuit

Non-processor based USB devices may not have the ability to load registers on—the—fly with configuration values. This means that configuration values for a particular USB endpoint may have to be hardcoded into the USB interface controller. This would typically require different versions of the USB interface controller to be fabricated for each different USB endpoint. This presents a problem creating and maintaining different sets of HDL code for each different version of the USB controller.

Another embodiment of the configuration circuitry of this invention generates different selectable USB endpoint configuration arrays for operation with non-processor based USB devices. The configuration arrays are generated using a block of combinational logic and in conjunction with the

same configuration bus architecture previously described. This allows much of the same HDL code to be used for both processor and non-processor based USB interface controllers.

FIG. **5** shows a HDL configuration package **70** that describes different USB configurations, interfaces and endpoints. The configuration package **70** also includes the configuration values for those endpoints.

One example below shows how endpoints are defined in the configuration package **70**. Configuration parameters in the configuration package may include any variety of parameters including interface, alternate setting, endpoint number, endpoint direction, endpoint type, maximum packet size for full speed, maximum packet size for high speed, and number of transactions per microframe. The information is encoded in the configuration package **13** as follows:

| | |
|---|---|
| configuration number | :integer range 1 to 155 |
| interface number | :integer range 0 to 255 |
| alternate interface number | :integer range 0 to 255 |
| endpoint number | :integer range 1 to 15 |
| endpoint direction | :OUTPUT|INPUT |
| endpoint type | :CONTROL|ISOCHRONOUS|BULK| INTERRUPT |
| full speed max packet size | :integer range 0 to 1023 |
| high speed max packet size | :integer range 0 to 1024 |
| transactions per microframe | :integer range 0 to 3 |

This information is input as a record in the following format:

(configuration number, interface number, alternate interface number, endpoint number, endpoint direction, endpoint type, FS max packet size, HS max packet size, transactions per microframe).

For example, a configuration package entry that would specify a bulk out endpoint with a full speed maximum packet size of 64, high speed maximum packet size of 512, and address endpoint number **10**, that exists in alternate setting **2** of interface **1** of configuration **12** would be coded as follows:.

(12, 1, 2, 10, OUTPUT, BULK, 64, 512, 0)

This HDL configuration package **70** is compiled by an HDL compiler **71** along with some generalized HDL code to produce combinational logic **78** in configuration circuit **74** that generates essentially as multiple different virtual registers that include the configuration values for different USB endpoints.

The HDL code below shows one example of generalized HDL code which is used to produce the specific combinational logic **74** from the configuration package **70**.

```
info_map: process (hs_mode, config, soft_reset, alt_int)
   variable index : integer;
   variable found : integer;
   variable ep_num: NDEP_Array_4;
begin
   index :=1;
   sft_reset(0)<='0';
   for i in 1 to NUM_EP loop
      endpt_valid(i)<='0';
      sft_reset(i)<='0';
      endpt_dir(i)<='0';
      endpt_int(i)<=(others =>'0');
      endpt_type(i)<=(others =>'0');
      max_pkt(i)<=(others =>'0');
      ep_num(i):=(others=>'0');
   end loop;
```

US 6,959,350 B1

**7**

```
for i in 0 to (config_info'length–1) loop
   if    (conv_integer(config)=config_info(i)(P_CON-
      FIG)) then
      found :=0;
      for j in 1 to NUM_EP loop
         if    (config_info(i)(P_EP)=conv_integer(ep_
            numj))) then
            found :=j;
            exit;
         end if;
      end loop;
      if (found=0) then
         found:=index;
         ep_num(found):=conv_std_logic_vector
            (config_info(i)(P_EP), 4);
      end if;
      if (config_info(i)(P_ALT_INT)=
         conv_integer(alt_int(config_info(i)
         (P_INTERFACE))) then
         endpt_type(found)<=conv_std    logic_vector
            (config_info(i)(P_EP_TYPE), 2);
         endpt_valid(found)<='1';
         endpt_int(found)<=conv_std    logic_vector
            (config_info(i)(P_INTERFACE), 8);
         sft_reset(found)<=soft_reset(config_info(i)
            (P_INTERFACE));
         if (hs_mode='1') then
            max_pkt(found)<=conv_std_logic_vector
               (config_info(i)(P_EP_MAX_HS), 11);
         else
            max_pkt(found)<=conv_std_logic_vector
               (config_info(i)(P_EP_MAX_FS), 11);
         end if;
         if (config_info(i)(P_EP_DIR)=INPUT)    then
            endpt_dir(found)<='1';
         else
            endpt_dir(found)<='0';
         end if;
      end if;
      if (found=index) then
         index :=index+1;
      end if;
   end if;
end loop;
max_pkt(0)<=conv_std_logic_vector(maxpacket(    ),
   11);
endpt_num<=ep_num;
   end process;
```

By hardcoding the configuration values into combinational logic **78**, the USB interface controller **72** can be configured for different endpoints without relying upon a processor in the USB device to load configuration values into configuration registers.

The combinational logic **78** in configuration circuit **74** receives a currently set configuration number **80** and a currently set alternate settings value **82** from the USB device core **24**. Based on these received inputs, the combinational logic **78** generates different endpoint configuration values that are output on a configuration bus **76**. Selection circuitry **79** is used to output the configuration values for an identified endpoint value **81**. The endpoint configuration values configure the functional elements **24**, **26**, **28** and **30** in the USB interface controller **72**.

FIG. **6** shows in more detail the configuration circuit **74** shown in FIG. **5**. The USB interface controller **72** is coupled to a host **92** and a USB device **90**. In one example, the host **92** may be a computer and the endpoint USB device **90** may

**8**

be any device that needs to communicate with the host **92** over a USB bus **94**. For example, the device **90** may be a printer or scanner. The USB interface controller **72** receives an endpoint number in a request from the host **92**.

The USB interface controller **72** receives an endpoint number in a request from the host **92**. The endpoint number **97** is sent to a comparator **84** in selection circuitry **79**. If the comparator **84** identifies a matching endpoint in the outputs of combinational logic **78**, the configuration values on configuration bus **76** associated with the matching endpoint are output from multiplexer circuitry **86** on configuration lines **98**. The configuration values on configuration lines **98** are supplied to any of the USB logic **24**, **26**, **28** or **30**.

FIG. **7** shows how the USB interface controller **72** in FIG. **6** is initialized during a reset. At block **100** the USB interface controller **72** is reset and the combinational logic **78** in FIG. **6** is used to set up a default pipe with the host **92**. The USB interface controller **72** is enabled for communicating with the host in block **102**. At block **104**, USB traffic is established between the host **92** and the USB interface controller **72** over the default pipe. The USB interface controller **72** supplies descriptor information to the host **92**. At block **106**, a Set$_{13}$ Configuration request is received by the interface controller **72** from the host **92**.

In a processor-based USB device, a processor in the USB device **90** in FIG. **6** would use the Set_Configuration request from the host **92** to load configuration values into the configuration registers **20** shown in FIG. **3**. However, the device **90** may not have a processor.

The value set by the Set_Configuration request **96** from the host **92** is used to identify hardcoded endpoint configuration parameters in combinational logic **78**. Alternate settings **82** requested by the host can also be sent to the combinational logic **78**. The USB interface controller **72** is now set up with the proper endpoint configuration. An endpoint number **97** obtained from USB traffic from the host **92** is then used by comparator **84** to select the proper configuration parameters for that endpoint onto configuration lines **98**, which are then supplied to any of the USB logic **24**, **26**, **28** or **30**. At block **110**, the USB interface controller **72** completes the control transfer with the host **92**.

FIG. **8** shows an alternative embodiment where an additional configuration signal **82** is used for identifying a subset of the hardcoded configuration endpoint parameters contained in the combinational logic **74** in FIG. **6**.

The USB interface controller **72** reads the configuration signal **120**, and then referring to block **112** in FIG. **7**, the USB interface controller **72** sends back descriptor information to the host **92** only for the subset of potentially supported endpoints associated with the configuration signal **120**. This allows the same USB interface controller **72** to be used for a wider variety of USB devices. The configuration signal **120** may be generated by a switch or other hardware on the USB device or alternatively generated by software on the USB device or other circuitry.

In one example, the configuration signal **120** allows the same version of the USB interface controller **72** to be used for a combination scanner/printer/fax device or for any individual scanner, printer or fax device. The combinational logic **74** can be hardcoded with configuration parameters for a combination scanner/printer/fax USB device and for separate printer, scanner, and fax interfaces.

The configuration signal **120** causes the USB interface controller **72** to only send back descriptor data for the correct device USB endpoint. For example, the USB device may be a printer, but the interface controller **72** may have hardcoded configuration parameters for a printer, scanner and fax USB

US 6,959,350 B1

**9**

interfaces. The configuration signal **120** causes the interface controller **72** configuration circuitry **74** to only send back to the host **92** the descriptor data for the printer interface. Alternatively, if the USB device provides all three scanner/printer/fax functions, then the configuration signal **120** is disabled and the USB interface controller **72** is free to identify all three endpoint configurations to the host **92**.

The system described above can use dedicated processor systems, micro controllers, programmable logic devices, or microprocessors that perform some or all of the operations. Some of the operations described above may be implemented in software and other operations may be implemented in hardware.

For the sake of convenience, the operations are described as various interconnected functional blocks or distinct software modules. This is not necessary, however, and there may be cases where these functional blocks or modules are equivalently aggregated into a single logic device, program or operation with unclear boundaries. In any event, the functional blocks and software modules or features of the flexible interface can be implemented by themselves, or in combination with other operations in either hardware or software.

Having described and illustrated the principles of the invention in a preferred embodiment thereof, it should be apparent that the invention may be modified in arrangement and detail without departing from such principles. I claim all modifications and variation coming within the spirit and scope of the following claims.

What is claimed is:

**1**. An interface controller, comprising:

configuration circuitry generated from at least one configuration package associated with configuration parameters for different endpoints, the configuration package used for configuring different functional elements in the configuration circuitry during hardware description language (HDL) compiling to operate with different endpoint characteristics or structures, and the configuration circuitry then used for configuring the interface controller for the different endpoint characteristics or structures.

**2**. The interface according to claim **1** wherein the configuration circuitry is varied during HDL compiling for different endpoints by changing the configuration package.

**3**. The interface controller according to claim **2** including a generic set of hardware description language code that relies on the configuration package to generate the different configuration circuitry for the different endpoint characteristics or structures.

**4**. The interface controller according to claim **1** wherein the configuration circuitry includes a set of configuration registers for retaining the configuration parameters for the different endpoints.

**5**. The interface controller according to claim **1** wherein the configuration circuitry includes hardcoded combinational logic that embodies the configuration parameters.

**6**. The interface controller according to claim **1** wherein the configuration circuitry includes a bus that selectively outputs the configuration parameters for the different endpoints.

**7**. The interface controller according to claim **1** including an input signal for selecting the configuration parameters for a subset of the different endpoints.

**8**. The interface controller according to claim **1** wherein the configuration circuitry selects configuration parameters for the different endpoints according to a received endpoint number received from a Universal Serial Bus (USB) host.

**10**

**9**. The interface controller according to claim **8** wherein the configuration circuitry is configurable on-the-fly by a USB device that provides endpoint descriptors to the configuration circuitry that correspond with the endpoint number received from the USB host.

**10**. A method for configuring an interface controller, comprising:

receiving a configuration request from a host requesting particular structure and characteristics of one or more endpoints;

forwarding the configuration request to a device processor coupled to the host;

receiving configuration values back from the device processor associated with the configuration request; and

using the selected configuration parameters to configure the interface controller.

**11**. The method according to claim **10** including writing the configuration parameters into configuration registers in the interface controller according to the configuration request.

**12**. The method according to claim **11** including:

receiving the configuration request from a Universal Serial Bus (USB) host;

forwarding the configuration request to a USB peripheral device processor;

receiving the configuration parameters from the USB peripheral device processor associated with the configuration request;

storing the configuration parameters in a USB interface controller; and

outputting the configuration parameters to different logic elements in the USB interface controller.

**13**. The method according to claim **10** including:

implementing the configuration parameters with combinational logic in the interface controller;

selecting the configuration parameters in the combinational logic associated with the configuration request; and

outputting the selected configuration parameters to different logic elements in the interface controller.

**14**. The method according to claim **10** including generating different configuration circuit logic implementing the configuration parameters for different combinations of endpoints from a hardware description language configuration package.

**15**. The method according to claim **14** including varying the configuration circuit for different configuration and characteristics using a substantially same set of generic hardware description language and varying endpoint values in the configuration package.

**16**. The method according to claim **14** including varying the configuration parameters hardcoded in the configuration circuit by varying the configuration package.

**17**. The method according to claim **14** including identifying a subset of configuration parameters stored in the configuration circuit according to a configuration signal.

**18**. A method for generating a configuration circuit, comprising:

generating a hardware description language (HDL) configuration package that contains configuration information for a set of endpoints;

using hardware description language (HDL) code to generate different configuration package to incorporate different endpoint parameters into the configuration circuit designs and using the HDL code to generate

US 6,959,350 B1

**11**

other configuration circuit logic configured for operating with other endpoints by making similar HDL calls to the HDL configuration package and varying the configuration information in the configuration package.

**19**. The method according to claim **18** including generating a set of configuration registers in the configuration circuit that can be configured with different configuration information during initialization.

**20**. The method according to claim **18** including generating selection logic in the configuration circuit that selects the configuration information associated with a received endpoint value.

**21**. A configurable Universal Serial Bus (USB) interface controller, comprising:

configuration circuitry generated from at least one configuration package containing configuration parameters for different endpoints, and the configuration circuitry used for configuring the interface controller for the different endpoint characteristics or structures; and

wherein substantially a same hardware description language (HDL) version of the interface controller is used for generating different logic and register configuration for the different endpoint characteristics or structures by varying configuration parameters in the configuration package.

**22**. The interface controller of claim **21**, wherein the interface controller is used in a combination printer/scanner/

**12**

fax USB device or an individual printer, scanner, or fax USB device without custom fabrication or custom scripting of the HDL by a designer.

**23**. The interface controller according to claim **21** wherein the configuration circuitry includes a set of configuration registers for retaining the configuration parameters for the different endpoints.

**24**. The interface controller according to claim **21** wherein the configuration circuitry includes hardcoded combinational logic that embodies the configuration parameters.

**25**. The interface controller according to claim **21** wherein the configuration circuitry includes a bus that selectively outputs the configuration parameters for the different endpoints.

**26**. The interface controller according to claim **21** including an input signal for selecting the configuration parameters for a subset of the different endpoints.

**27**. The interface controller according to claim **21** wherein the configuration circuitry selects configuration parameters for the different endpoints according to a received endpoint number.

**28**. The interface controller according to claim **21** wherein the configuration circuitry is configurable on-the-fly by a USB device during initialization.

\* \* \* \* \*