AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **FOR THE EASTERN DISTRICT OF TEXAS** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:25-cv-1423-RWS | DATE FILED<br>12/19/2025 | U.S. DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS |
|---|---|---|
| PLAINTIFF<br>Near Field Electronics LLC | | DEFENDANT<br>Albertsons Companies LLC and<br>Albertsons Companies Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,691,201 B2 | 2/10/2004 | Near Field Electronics LLC |
| 2 | US 6,742,071 B2 | 5/25/2004 | Near Field Electronics LLC |
| 3 | US 6,959,350 B2 | 10/25/2005 | Near Field Electronics LLC |
| 4 | US 6,996,727 B2 | 2/7/2006 | Near Field Electronics LLC |
| 5 | US 7,373,531 B2 | 5/13/2008 | Near Field Electronics LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy