IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NEAR FIELD ELECTRONICS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ALBERTSONS COMPANIES, LLC, and<br>ALBERTSONS COMPANIES, INC.,<br><br>*Defendants*. | C.A. No. 4:25-cv-1423-RWS<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Near Field Electronics LLC declares that it is a wholly owned subsidiary of Equitable IP Corporation, a Nevada Corporation with less than twenty shareholders, none of which are publicly held companies owning ten percent or more of its stock.

Dated: December 19, 2025

SHEA | BEATY PLLC

*/s/ Trevor J. Beaty*
Trevor J. Beaty
trevor@sheabeaty.com
One Grande Centre
1800 Teague Drive, Suite 500
Sherman, TX 75090
Tel: (903) 870-7771

*Attorneys for Plaintiff*
*Near Field Electronics LLC*