EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NEAR FIELD ELECTRONICS LLC
_____
Plaintiff

v.                                                   Civ. No. 4:25-cv-01423-RWS
                                                              _____

ALBERSTONS COMPANIES LLC et al.
_____
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   Albertsons Companies, LLC and Albertsons Companies, Inc.
                              _____

Date Party's answer was originally due:                                01/20/2026
                                                              _____

Date Party's answer is now due (must not exceed 45 days after original due date):   02/19/2026
                                                                            _____

Date: 01/20/2026          /s/  *Christian G. Stahl*
      _____        _____
                          Full Name: Christian G. Stahl
                          State Bar No.: 6290825 (IL)
                          Address:  Quarles & Brady LLP
                                    411 E. Wisconsin Avenue, Suite 2400
                                    Milwaukee, WI 53202

                          Phone: 414-277-5000
                          Fax: 414-271-3552
                          Email: christian.stahl@quarles.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)